HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICHARD MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD MARTIN,<br><br>Defendant. | Case No. 1:23-po-00056-SAB<br><br>STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:   October 19, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Richard Martin, that Citation No. E1926055 shall be resolved by payment of a fixed-sum in lieu of Mr. Martin's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Mr. Martin agrees to pay a $250 forfeiture amount and $30 processing fee and agrees to pay the amount in full prior to October 19, 2023. The parties respectfully request that this Court discharge the $50 that will remain after the forfeiture is paid, as the extra amount was charged in error.  *See* General Order No. 627, United States District Court for the Eastern District of California, p. 51 (setting forfeiture for 41 CFR 102-74.400(a) at $250).  The parties further request that the Court continue the September 28, 2023, status conference to October 19, 2023, with the understanding that, should Mr. Martin pay the correct forfeiture amount before

the October 19, 2023, status conference, this matter will be resolved and his appearance will be unnecessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  August 25, 2023

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 25, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RICHARD MARTIN

**ORDER**

**IT IS SO ORDERED.**  The Court continues the status conference currently scheduled for September 28, 2023, to October 19, 2023.  If the defendant pays the $250 forfeiture amount and $30 processing fee prior to the October 19, 2023, status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

_____
UNITED STATES MAGISTRATE JUDGE